

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

WALL STREET FINANCIAL GROUP, INC.,

    Plaintiff,

v.                                                                              CASE NO: 8:00-cv-1271-T-26EAJ

JERRY GUTHRIE, individually and in trust for
Patricia A. Lowe, CALVIN W. FUCHS,
GWENDOLYN M. FUCHS, PATRICK D. LAKE,
DIANE C. LAKE, ROMILDA P. GONZALEZ,
ANTONIO F. GOMES, ELIZABETH V.
GREENLAW, RICHARD FUHR, LOUISE FUHR,
BRYCE M. JOHNSON, CESAR A. YUNQUE,
AMALIA M. YUNQUE, WILIIAM J. HALL, JR.,
RUSSELL T. TWEEDY, individually and as
Trustee of the Russell T. Tweedy and Helen K.
Tweedy Revocable Trust, JAMES E. PADFIELD,
individually and as Trustee of the James E. Padfield
Trust, JULIA L. PADFIELD, individually and as
Trustee of the JULIA L. Padfield Trust, MARY A.
MOYER, MICHAEL LUSKIN, ERIC D. LUSKIN,
M.A. CHRISTINE LUSKIN, MARTIN BUCARO,
and FRANCIS RAKOW,

    Defendants.

_____/

## ORDER

**UPON DUE CONSIDERATION** of the parties' written submissions and the evidence and testimony presented during the course of the evidentiary hearing held on February 5, 2001, and in accord with the Court's oral findings of fact and conclusions of

law announced on the record, which findings and conclusions are incorporated by reference in this order, it is **ORDERED AND ADJUDGED** that the Plaintiff's Verified Motion for Preliminary Injunction (Dkt. 67) is denied because the Plaintiff has failed to demonstrate a substantial likelihood of success on the merits. It is further **ORDERED AND ADJUDGED** that the Court defers ruling on the Defendants' Motion to Compel Arbitration and Motion to Stay This Action (Dkt. 71).

**DONE AND ORDERED** at Tampa, Florida, on February 6, 2001.

RICHARD A. LAZZARA
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record